UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KENDRA L. YARBROUGH

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

KENDRA L. YARBROUGH

    Respondent(s)

CHAPTER 13

CASE NO: 1-22-00999-HWV

## CERTIFICATION OF DEFAULT

AND NOW on September 13, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of September 13, 2024, the Debtor(s) is/are $0.00 in arrears a plan payment having last been made on August 8, 2024.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: September 13, 2024

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KENDRA L. YARBROUGH     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 1-22-00999-HWV
    Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 13, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically
JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG PA 17102-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
KENDRA L. YARBROUGH
75 BUCKINGHAM DR.
RED LION PA 17356

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 13, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com