# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  KENDRA L. YARBROUGH

        Debtor(s)  CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

KENDRA L. YARBROUGH  CASE NO: 1-22-00999-HWV

        Respondent(s)

## WITHDRAWAL OF CERTIFICATE OF DEFAULT

AND NOW, on September 16, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and requests that the Certificate of Default filed on September 16, 2024, be withdrawn due to having been filed in error.

    Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KENDRA L. YARBROUGH

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

KENDRA L. YARBROUGH

Respondent(s)

CHAPTER 13

CASE NO: 1-22-00999-HWV

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 13, 2024, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG PA 17102-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

<u>Served by First Class Mail</u>
KENDRA L. YARBROUGH
75 BUCKINGHAM DR.
RED LION PA 17356

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 16, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com