UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
KENDRA L YARBROUGH
          DEBTOR

CASE NO. 1:22-bk-00999-HWV
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                                FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:         10500 Kincaid Drive, Suite 300
                                           Fishers, IN 46037-9764

NEW NOTICE ADDRESS:        11988 Exit 5 Parkway, Building 4
                                           Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:      10500 Kincaid Drive, Suite 300
                                           Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:      11988 Exit 5 Parkway, Building 4
                                           Fishers, IN 46037-7939

Dated: September 18, 2024

                                                          */s/Lorri Beltz*
                                                          Lorri Beltz, Vice President, Default
                                                          Freedom Mortgage Corporation
                                                          11988 Exit 5 Parkway, Building 4
                                                          Fishers, IN 46037-7939
                                                          Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br>KENDRA L YARBROUGH<br>                          DEBTOR | CASE NO. 1:22-bk-00999-HWV<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M. HYAMS
2023 N 2nd St
Harrisburg PA 17102-2151
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

KENDRA L YARBROUGH
75 Buckingham Dr
Red Lion PA 17356-8940
*Debtor*

This 18th Day of September, 2024

                          */s/Lorri Beltz*
                          Lorri Beltz, Vice President, Default
                          Freedom Mortgage Corporation
                          11988 Exit 5 Parkway, Building 4
                          Fishers, IN 46037-7939
                          Telephone: (855) 690-5900