United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                              Case No. 22-00999-HWV

Kendra L. Yarbrough                                                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                              User: AutoDocke                                             Page 1 of 3
Date Rcvd: Nov 04, 2024                                    Form ID: pdf010                                      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kendra L. Yarbrough, 75 Buckingham Dr., Red Lion, PA 17356-8940 |
| 5477567 | | Pennsylvania Department of Revenue, Bureau of Compliance, PO Box 280948, Harrisburg, PA 17128-0948 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 04 2024 18:54:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: bankruptcy@silvermanlegal.com | Nov 04 2024 18:54:00 | Navy Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 5477562 | | Email/Text: BKY@conserve-arm.com | Nov 04 2024 18:54:00 | Conserve, Attn: Bankruptcy Dept, 200 Crosskeys Office Park, Fairport, NY 14450 |
| 5477561 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2024 19:02:56 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5480258 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2024 19:02:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5477572 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 04 2024 18:54:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5477563 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 04 2024 18:54:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5661514 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 04 2024 18:54:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 5484994 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 04 2024 18:54:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5477564 | + | Email/PDF: cbp@omf.com | Nov 04 2024 19:02:48 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5477573 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2024 18:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5478510 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2024 18:52:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5477565 | | Email/Text: EBN@Mohela.com | Nov 04 2024 18:54:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5477566 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 04 2024 18:55:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Merrifield, VA 22119-3000 |
| 5478458 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 04 2024 18:55:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5482525 | + | Email/PDF: cbp@omf.com | Nov 04 2024 18:51:47 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5477576 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2024 18:54:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5477574 | | Email/Text: fesbank@attorneygeneral.gov | Nov 04 2024 18:54:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5477568 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2024 19:02:58 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5482009 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2024 18:52:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5477569 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2024 18:51:58 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5477570 | + | Email/Text: bankruptcy@self.inc | Nov 04 2024 18:54:00 | Self Financial/lead Ba, Attn: Bankruptcy, 515 Congress Avenue #2200, Austin, TX 78701 |
| 5480494 | | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2024 18:52:31 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5477575 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Nov 04 2024 18:54:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5477577 | | ^ MEBN | Nov 04 2024 18:48:14 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5477571 | + | Email/Text: LCI@upstart.com | Nov 04 2024 18:54:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 5480564 | + | Email/Text: documentfiling@lciinc.com | Nov 04 2024 18:54:00 | Upstart Holdings, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5484169 | | ^ MEBN | Nov 04 2024 18:47:54 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |
| 5544268 | + | Email/Text: kcm@yatb.com | Nov 04 2024 18:54:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5478459 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas Richard Blecki, Jr. | on behalf of Creditor Navy Federal Credit Union bankruptcy@silvermanlegal.com  jmcmurray@silvermanlegal.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Kendra L. Yarbrough jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Kendra L. Yarbrough | : | CASE NO: 1:22-bk-00999-HWV |
| | : | |
| Debtor(s) | : | |
| | : | |

### ORDER

Upon consideration of the Motion to Dismiss filed by Kendra L. Yarbrough, with respect to her Chapter 13 case, Doc. 73, it is

**ORDERED** that the Motion is **GRANTED** and the case of Kendra L. Yarbrough, Case No.: 1:22-bk-00999-HVW, is dismissed. Notwithstanding the dismissal of the above-captioned case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 4, 2024